UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW D. EMERALD,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Criminal No. 26-CR-300_12_-MGM

Violations:

<u>Counts One Through Eight</u>: Interstate Transmission of Threatening Communications; Aiding and Abetting
(18 U.S.C. §§ 875(c) and 2)

<u>Forfeiture Allegation</u>:
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461)

<u>INDICTMENT</u>

At all times relevant to this Indictment:

<u>General Allegations</u>

1.      The defendant, ANDREW D. EMERALD ("EMERALD") was a resident of Great Barrington, MA.

2.      Meta Platforms, Inc. owned and operated Facebook, an Internet social networking service with servers located outside the District of Massachusetts.

3.      The defendant operated a Facebook account with the profile name of "Andrew Dale Emerald Lmt" and the URL of www.facebook.com/andrew.emerald ("the Emerald Facebook Account").

4.      Donald J. Trump was the President of the United States.

1

COUNTS ONE THROUGH EIGHT
Interstate Transmission of Threatening Communications; Aiding and Abetting
(18 U.S.C. §§ 875(c) and 2)

The Grand Jury charges:

6. The Grand Jury re-alleges and incorporates by reference paragraphs 1 through 4 of this Indictment.

6. On or about the following dates, in the District of Massachusetts and elsewhere, the defendant,

ANDREW D. EMERALD,

did intentionally transmit in interstate commerce a communication containing a threat to injure the person of another—to wit, the following posts on the Emerald Facebook Account:

| Count | Date | Communication |
|-------|------|---------------|
| One | 05-03-25 | "When I see to it that Trump is put to death. It will be the the day the purpose creation put me here for beyond creating. My daughter is fulfilled. (because what she is destined to do for the world is far greater than mine, taking out the orange menace!)" |
| Two | 05-13-25 | "Oh, I'm not just watching!!  Either Trump is dead and in the ground by 2026 or I am hunting him down and putting him there. Do you hear that FBI and any other organization that wants to show up at my fucking door?  ▤    Put the enemy of the United States in a fucking body bag or I will." |

2

| Count | Date | Communication |
|-------|------|---------------|
| Three | 05-15-25 | "Cause and effect. Trump being a monster to humanity caused this family suffering, and they might never choose to have children because of him  Affect we're going to fucking kill Trump on public television so the world sees what we do to fucking monsters and then we're gonna hang him from the Statue of Liberty until his pathetic bloated corpse rots off falls in the ocean, and I swept out the to see with humanities trash ⊞    After what I just heard if Trump is not dead by 2026 I'm going to Mar-a-Lago and I'm going after myself." |
| Four | 05-15-25 | "That's not a threat that's a fucking promise and I don't have Trump arrangement syndrome. The bullshit they made up.  I'm going after him for taking my second amendment rights on constitutionally for calling him the Russian asset that he is!  Cause and fucking affect!!!'  I'm going after him because I'm an actual fucking patriot.  By the way, if there's any arrangement syndrome caused by Trump it's what his cult is inflicting on the rest of us!!!! That is going to end up going down in the psychological history books    Including the bullshit that is Trump arrangement syndrome.  I have very good reason to threaten his life and to go after it whether I have my second amendment rights or not.  If the people that are supposed to have not gone after him by the new year, I am hear Trump I'm coming for you you little bitch." |

| Count | Date | Communication |
|-------|------|---------------|
| Five | 05-30-25 | "If others have not taken care of you before the end of the year, Trump, I will, and I won't make the mistake of not knowing where the fuck you are when I come for you.   I'll make sure you're at Mar-a-Lago when I burn it to the fucking ground." |
| Six | 05-30-25 | "And you shouldn't have listened to my father when he said I wasn't dangerous.   I burned a house to the ground once in my life on accident when I burn you to the ground, it will very much be by intention, and I will revel in it instead of regret it for the rest of my life." |
| Seven | 06-14-25 | "Because killing is not wrong defending your life or putting down a predator you see taking others through murder.   Which is why I'm coming for you, Trump. You've killed millions of people by proxy. And you're a monster to fucking humanity and it is my mission in this life to end your fucking existence. And I won't be murdering you I will be executing a monster. I will be fulfilling my constitutional duty to execute a criminal citizen that's committed high treason just like the constitution tells me too, tells us all fucking too." |

| Count | Date | Communication |
|---|---|---|
| Eight | 07-07-25 | "Trump either you're dead by 2026 or I'm coming for you personally and if I'm the one that kills you, you're gonna suffer you little fucking bitch." |

All in violation of Title 18, United States Code, Sections 875(c) and 2.

## FORFEITURE ALLEGATION
### (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

1.     Upon conviction of the offenses in violation of Title 18, United States Code, Section 875(c), set forth in Count One through Eight, the defendant,

### ANDREW D. EMERALD,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

2.     If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant—

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

6

A TRUE BILL

████████████

FOREPERSON

STEVEN H. BRESLOW
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: March 19, 2026 at 2:38 pm.

Returned into the District Court by the Grand Jurors and filed.

Melissa M. Rivera
DEPUTY CLERK

7