**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**ANDREW D. EMERALD** | **Criminal No. 26-CR-30011-MGM** |

**GOVERNMENT'S MOTION FOR PRETRIAL DETENTION**
**OF DEFENDANT PURSUANT TO 18 U.S.C. §§ 3142(e) and (f)**

The United States of America, by its undersigned attorneys (the "Government") moves for pretrial detention of defendant, pursuant to 18 U.S.C. §§ 3142(e) and (f).

1.    Eligibility of Case. This case is eligible for a detention order because it involves (check all the apply):

XXX    Crime of violence (18 U.S.C. §§ 3142(f)(1)(A) and 3156)

____    Maximum sentence life imprisonment or death (18 U.S.C. § 3142(f)(1)(B))

____    10 plus years drug offense (18 U.S.C. § 3142(f)(1)(C))

____    Felony, with two prior convictions in above categories (18 U.S.C. § 3142(f)(1)(D))

____    Felony involving possession of firearm / destructive device (18 U.S.C. § 3142(f)(1)(E))

____    Serious risk defendant will flee (18 U.S.C. § 3142(f)(2)(A))

____    Serious risk of obstruction of justice

1

2.      Reason for Detention. The court should detain the defendant because there are no conditions of release which will reasonably assure (check one or both):

XXX   Defendant's appearance as required

XXX   Safety of any other person and the community

3.      Rebuttable Presumption. None.

4.      Time for Detention Hearing. The Government requests that the Court conduct the detention hearing on Friday, April 3, 2026.

5.      Witnesses.

The Government intends to proceed by affidavit and, if requested by the Court, testimony by a Special Agent of the Federal Bureau of Investigation.

6.      Other Matters.

None.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    /s/ Steven H. Breslow
       STEVEN H. BRESLOW
       (NY2915247)
       Assistant U.S. Attorney
       300 State Street, Suite 230
       Springfield, MA 01105
       413-785-0330
       steve.breslow@usdoj.gov

Dated:  April 1, 2026