UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW D. EMERALD | Criminal No. 26-CR-30012-MGM |

**AFFIDAVIT OF SPECIAL AGENT DEREK BOUCHER IN SUPPORT OF GOVERNMENT'S MOTION FOR PRETRIAL DETENTION (D.9)**

I, Keith M. Pellerin, state:

<u>Introduction and Agent Background</u>

1.    I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed since approximately February 12, 2023.  Since June of 2025, I have been assigned to the FBI Springfield Resident Agency.  Prior to this assigned location, I was assigned to work criminal matters within the FBI New York City area of operations.  I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(C); that is, a government agent engaged in enforcing federal criminal laws and duly authorized by the Attorney General to request search warrants and make arrests.

2.    Since joining the FBI, I have investigated violations of federal law, including white collar crimes, public corruption crimes, transnational organized crime, among others. Prior to my role with the FBI, I was employed as a law enforcement officer and detective with the Longmeadow Police Department.  I am a graduate of the FBI Academy and the Municipal Police Training Committee.  I have participated in the drafting and execution of complaints and search warrants.  In addition, I have received specialized training in interview and interrogation

1

techniques, search warrant applications, evidence identification and collection, arrest procedures, and various other criminal law procedures.

3.    I respectfully submit this Affidavit in support of the Government's motion for pretrial detention of Andrew D. Emerald ("Emerald" or "the defendant").

4.    The facts in this Affidavit come from my personal observations and review of records, my training and experience, and information obtained from other agents and witnesses. This Affidavit is intended to show merely that there is a basis for the Government's motion for pretrial detention and does not set forth all of my knowledge about this matter.  I also incorporate by reference the following Affidavits:

      a.    The Affidavit of Special Agent Darrell Hunter in support of an Application for a Search Warrant for the Facebook account identified by andrew.emerald and the Facebook unique identification number 1820592812 ("the Emerald Facebook Account") sworn to on May 19, 2025 in Docket No. 25-3090-KAR ("the First Hunter Affidavit"); and

      b.    The Affidavit of Special Agent Hunter in support of Applications for Search Warrants for the Emerald Facebook Account, the residence of Emerald in Great Barrington, Massachusetts ("the Emerald Residence"), and the person of Emerald, sworn to on May 20, 2026 in Docket Nos. 26-mj-3028-CLM to 26-mj-3030-CLM (the "Second Hunter Affidavit").

<u>Emerald's 2018 Use of the Emerald Facebook Account to</u>

<u>Transmit Threatening Communications Concerning President Trump</u>

5.    As set forth in greater detail in paragraphs 29-37 of the First Hunter Affidavit, in

2018, Emerald used the Emerald Facebook Account to transmit threatening communications targeting President Trump (then in his first term).

6.     In particular, on January 26, 2018, a concerned citizen ("CC-1") submitted an online tip to the FBI about a possible mass shooting.  The Secret Service subsequently determined that Emerald had posted a possible threat to shoot President Trump on the Emerald Facebook Account, including the following communication:  "Why the fuck can't anybody go on a mass shooting against Trump and his administration if it's going to happen why can't it be fair the good. Or at least last candidate that shit. [sic]"

7.     On January 30, 2018, Service Senior Special Agent Peter Gannon and Bourne Police Department Officer Chris Wrighter interviewed Emerald at his then-residence in Bourne. Emerald stated, among other things, that:

      a.     He posted a statement on Facebook that was along the lines of "the only way to clean things up in Washington, D.C. would be if all of the politicians including Donald Trump were publicly executed," and he followed up that post with another statement like "of course that will never happen."

      b.     He will never post anything about politics again.

      c.     He truly believes that would be the only way politicians in Washington would stop being criminals, but things will never change.

8.     During that interview, Emerald also executed a National Instant Criminal Background Check System ("NICS") Index-Self Submission form in which he voluntarily requested permanent entry into the NICS Index and acknowledged that execution of the form "will result in denial of my right to purchase, to possess, and to use any firearm."

Emerald's 2025 Use of the Emerald Facebook Account to

Transmit Threatening Communications Concerning President Trump and Law Enforcement

9.      As set forth in greater detail in paragraphs 38-55 of the First Hunter Affidavit, in 2025, Emerald again used the Emerald Facebook Account to post threatening communications targeting President Trump (then in his second term).

10.     In particular, on May 12, 2025, Special Agent Hunter interviewed another concerned citizen ("CC-2"), who stated that while following a Facebook group, CC-2 interacted with a user named Andrew Dale Emerald (whom I believe to be Emerald), who threatened President Trump by stating that others will hear a shot but it will be the shot that ends the President and by stating that Trump will lay dead at his feet.  When CC-2 warned Emerald that it is a crime to threaten the life of the President, Emerald replied that he has done it for the last ten years and he will kill law enforcement that comes after him.

11.     Later on May 12, 2025, CC-2 sent Special Agent Hunter screenshots of the online conversation that he described, including the following:

        a.      The Emerald Facebook Account posted, "I will when the FBI show up at the orange buffoons request again.  Because I will not be silenced, detained or disappeared. So you will hear about me being shot, but it will be the shot that ends your fucking pedophile, Russian asset insurrectionist president. [sic]"

        b.      In response, a user stated, "no one's going to hear about you or give a shit what happens to you that's hilarious you people are insane [laughing emojis omitted].

        c.      Emerald replied to the user, "we'll see when Trump lays dead at my feet."

4

d. CC-2 replied to Emerald, "Just so you know a threat against the president even in jest is a felony under 18 U.S.C. 871 and it holds a sentence of five years in prison. I have already given the FBI and Secret Service all of your details and screen shots. I hope you spend those years reflecting on your life and statements."

e. Emerald replied to the CC-2, "You don't seem to realize that I've been threatening him for 10 fucking years on here."

f. Emerald further replied to the user, "I won't be going to jail. They'll either keep monitoring me or they'll make a mistake coming after me and I'll kill them until they kill me."

12. As set forth in greater detail in the Second Hunter Affidavit, Emerald continued to use the Emerald Facebook Account to post communications threatening to kill President Trump and others. For example, on March 18, 2026 at 12:29 p.m. (emphasis added) the Emerald Facebook Account posted: "That's why I suggest what I see as the only way, as well as the constitutionally right way. **Killing all of the treasons politicians and one presenters is exactly what the constitution says to do look at the second amendment and understand what it is actually there for**. . . . **All we need to do is kill the people on the top that deserve exactly that**."

<u>The Arrest of Emerald and the Search of Emerald's Residence</u>

13. On March 19, 2026, a Grand Jury sitting in Springfield, Massachusetts returned the above-captioned Indictment charging Emerald with eight counts of Interstate Transmission of Threatening Communications in violation of Title 18, United States Code, Section 875(c), all in connection with Emerald's use of the Emerald Facebook Account to post various threats to kill

President Donald J. Trump.   (D.4).  That same day, United States Magistrate Judge Christopher L. Morgan authorized an arrest warrant for Emerald.  (D.6).

14.    On March 20, 2026, based upon the Second Hunter Affidavit, Magistrate Judge Morgan authorized search warrants for the Emerald Facebook Account, the Emerald Residence, and the person of Emerald.

15.    At approximately 6:00 a.m. on April 1, 2026, Special Agents of the FBI executed the arrest warrant for Emerald and the search warrants for the Emerald Residence and the person of Emerald.[1]  Agents repeatedly knocked on the front door of the Emerald Residence and announced themselves and stated that they were at the residence to execute the warrants.  Emerald did not initially respond.

16.    After approximately two minutes, agents breached the front door with a battering ram.  After breaching the door, agents continued to call out to Emerald without entering the residence.  Emerald did not initially respond and then stated in sum and substance, I'm not coming anywhere with you.  When agents informed Emerald that they had a warrant for him, Emerald repeatedly responded that they did not and then stated again, in sum and substance, that he was not going anywhere with them.  Emerald continued to refuse the agents' lawful orders to come outside by repeatedly saying "no."

17.    At some point thereafter, Emerald stepped into view.  Emerald appeared to be brandishing a long, metallic sword in one hand and holding a sheath to that sword in the other hand.  Emerald refused the agents' directions to drop his sword and stated repeatedly, in sum and

---

[1] Pursuant to FBI policy, agents wore activated body cameras, which recorded their interactions with Emerald discussed herein.

substance, that the agents would have to shoot him.  Emerald then shut the front door and dead-bolted it, preventing the agents from entering the apartment without a further breach.

18.    Agents then established a safe perimeter, contacted Great Barrington Police Department ("GBPD"), and engaged an FBI crisis negotiation team.  A GBPD Police Officer attempted to call Emerald on his mobile phone, but Emerald did not answer the phone.  An FBI crisis negotiator then sent Emerald text messages on his mobile phone requesting that he answer his phone.  A GBPD Police Officer then called Emerald again on his mobile phone, and this time Emerald answered the phone.  The GBPD Police Officer spoke with Emerald for a substantial period time and asked that Emerald voluntarily leave the residence, and Emerald agreed to do so. A short while later, Emerald opened the door and agents took him into custody without further incident.

19.    Agents then conducted a protective sweep of the residence and executed the search warrant for the residence.  During this process, agents seized the following bladed weapons:













20.    Agents escorted Emerald to an FBI vehicle and advised him of his *Miranda* rights. Emerald stated that he did not want to speak with the agents and informed the agents that prior to leaving the residence he had left a message for an attorney who was representing him in connection with a motor vehicle accident.

21.    While agents were conducting the search, Emerald stated spontaneously to Special Agent Derek Boucher and United States Secret Service Connor MacDonald, in sum and substance, that the agents were lucky they were not from ICE (*i.e.*, Immigrations and Customs Enforcement) because Emerald would have come out of the residence with the sword.

22.    Emerald has used the Emerald Facebook Account to post threatening communications that explicitly referenced his sword, including the following on July 3, 2025:

a.    "I plan to go to DC with my sword [sword emoji] and kill trump and as any of the domestic terrorist he emboldens as I can.  If they are eliminated by September I'm going to do it myself."  [sic]



b.    "Which is why when I stick the sword through Trump's fucking throat, I'll have every fucking right pulse by creation and ethically actually legally, right!!! Anyone who is not in the same place that I am deserves to die with them!!!! . . ..

You are an evil.  I'm not going to allow to exit any longer.  You piece of shit Trump.

You think your position as president protects you it doesn't I'm coming for you."



23.    The FBI's investigation into this matter is ongoing.

Conclusion

Sworn to under the pains and penalties of perjury,

*Keith M. Pellerin*
Keith M. Pellerin
Special Agent, Federal Bureau of
Investigation

Dated:  April 1, 2026

14